IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROUPE SEB USA and ROWENTA WERKE GMBH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 18-245 (VAC) (MPT) ) |
| HAMILTON BEACH BRANDS, INC., | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL FOR ALL CLAIMS AND (PROPOSED) ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Groupe SEB USA and Rowenta Werke GmbH (collectively, "Plaintiffs") and Defendant Hamilton Beach Brands, Inc. ("Defendant") through their respective counsel of record, hereby jointly stipulate to the dismissal, without prejudice, of their respective claims and counterclaims in this action. Each party shall bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com
  *Attorneys for Plaintiffs*

BARNES & THORNBURG LLP

*/s/ Chad S.C. Stover*
Chad S.C. Stover (#4919)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 300-3474
chad.stover@btlaw.com
  *Attorneys for Defendant*

September 5, 2018

SO ORDERED this ___ day of September 2018.

_____
                                                            J.